IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DEBORAH K. BENTON                                                                                    PLAINTIFF

V.                                            CIVIL NO. 5:08-5254

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## J U D G M E N T

Now on this 4th day of January, 2010, comes on for consideration the Report and
Recommendation dated December 9, 2009, by the Honorable Erin L. Setser, United States
Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without
objections being filed by the parties. The Court has reviewed this case, and being well and
sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in
its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the
decision of the Commissioner; and remands this case to the Commissioner for further consideration
pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to
Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment
becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v.
Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

                                                        /s/Jimm Larry Hendren
                                                        HON.. JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE