IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DEBORAH K. BENTON                                          PLAINTIFF

v.                          Civil No. 08-5254

MICHAEL J. ASTRUE,
Commissioner of Social Security                           DEFENDANT


O R D E R

Now on this 20th day of July, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #13) to which no objections have been made.  The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act** (document #11) should be, and it hereby is, **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel should be awarded compensation under the EAJA for: 14.9 hours (18.08 hours minus 3.9 hours) at a rate of $125.00 per hour, for a total attorney's fee award of $1,862.50, plus the filing fee of $350.00 as expenses, for a total award of $2,212.50.  This amount should be

paid in addition to, and not out of, any past due benefits which

Plaintiff may be awarded in the future.


   **IT IS SO ORDERED.**

                              **/s/Jimm Larry Hendren**
                              **HON. JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**